APPEAL No. 74-163. ADOLPH DIMARIO *v.* RALPH W. HEEKS *et ux.* Motion of defendants-appellees to affirm the judgment of the Superior Court pursuant to Rule 16 (g) is denied. *Abatuno & Chisholm, Thomas F. Fogarty, Jr.,* for plaintiff-appellant. *Alton W. Wiley,* for defendants-appellees.

APPEAL No. 74-236. MATTER OF THE SHEPARD COMPANY. Motion of National Commercial Finance Conference, Inc. for leave to file a brief as amicus curiae granted. Joslin, J. not participating. *Tillinghast, Collins & Graham, Alfred B. Stapleton, Robert W. Edwards, Jr.,* for National Commercial Finance Conference, Inc., amicus curiae.

December 13, 1974.

C. A. No. 74-191. STATE *v.* STEVEN HOWARD. Motion of defendant for leave to file the affidavit of Scott Umsted, Jr., a Special Assistant Attorney General, as part of the record is granted. *Richard J. Israel,* Attorney General, *Scott Umsted, Jr.,* Special Asst. Attorney General, for plaintiff. *Strauss, Factor, Chernick & Hillman Professional Corporation, Stephen B. Lang,* for defendant.

APPEAL No. 74-208. ROBERT WOOD *v.* V. J. PAOLINO *et al.* Motion of defendant V. J. Paolino to affirm the order entered in the Superior Court on June 25, 1974 is denied. Paolino, J. not participating. *Francis R. Mazzeo,* for plaintiff. *John R. Cosentino, Armando O. Monaco, II,* for defendants.